IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN CLASBERRY                                                                    PLAINTIFF

v.                                       No. 4:12-cv-36-DPM

NATIONAL RAILROAD PASSENGER
CORP. (Amtrak) and UNION PACIFIC
RAILROAD COMPANY                                                           DEFENDANT

JUDGMENT

Clasberry's complaint against Amtrak and Union Pacific is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
1 August 2013